# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ANGELA GREGORY,** | ) |
| | ) |
| Plaintiff, | ) Case No. 3:23-cv-00325 |
| | ) |
| -VS- | ) Judge Eli J. Richardson |
| | ) |
| | ) Magistrate Judge Jeffery S. Frensley |
| **UNIPRES NORTH AMERICA, INC.,** | ) |
| **UNIPRES U.S.A., INC.,** | ) |
| **PAUL RAMIREZ, and** | ) |
| **CHRISTINA MEADOR,** | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

**THIS MATTER** having been brought before the Court by Defendants' Motion for Substitution of Counsel for Tyler Sanders; the Court having considered all documents submitted in connection therewith and the entire record; based on the foregoing, the Court ORDERS the following:

**IT IS HEREBY ORDERED** that Defendants' Motion for Substitution of Counsel is hereby **GRANTED** and **IT IS HEREBY ORDERED** that M. Clark Spoden, Diamond Stewart, and Gabriel Ragsdale of Gullett Sanford Robinson & Martin PLLC are hereby discharged as counsel for Defendants, Unipres North America, Inc., Unipres U.S.A., Inc., Paul Ramirez, and Christina Meador, in this matter and **IT IS HEREBY ORDERED** that Tyler S. Sanders of Gordon Rees Scully Mansukhani, is substituted as counsel of record for the Defendants in this matter.

1

It is so **ORDERED**.

Entered this 24th day of May, 2023.

_____
Magistrate Judge Frensley

APPROVED FOR ENTRY:

*/s/ Tyler Sanders*
Tyler S. Sanders (BPR #36189)
Courtney Williams (BPR #37140)
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Telephone: 615-772-9000
Facsimile: 615-970-7490
ccwilliams@grsm.com
tsanders@grsm.com

*Substitute Attorneys for Defendants*


/s/ *M. Clark Spoden, with permission*
M. Clark Spoden
Diamond Stewart
Gabriel Ragsdale
Gullett Sanford Robinson & Martin PLLC
150 Third Ave. South, Suite 1700
Nashville, TN 37201
cspoden@gsrm.com
dstewart@gsrm.com
gragsdale@gsrm.com

*Withdrawn as Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 23, 2023, I electronically filed the foregoing Proposed Order Granting Defendants' Motion for Substitution of Counsel with the Clerk of this Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following parties who are CM/ECF participants:

Jonathan Williams
Gregory Hazelwood
Larry R. Williams, PLLC
UBS Tower
315 Deaderick Street, Suite 1510
Nashville, TN 37219
jonathan@lrwlawfirm.com
greg@lrwlawfirm.com

                                              */s/ Nicole Canter*
                                          Nicole Canter, Assistant to Tyler S. Sanders